# LAW OFFICES OF THOMAS D. GEARON, P.C.

136-20 38th Avenue St 9i
Flushing, New York 11354
718-395-8103
_____

**BY ECF ONLY**

November 30, 2016

Hon. Judge Gary R. Brown , U.S.D.J.
United States District Court, E.D.N.Y
40 Foley Square, Room 2203
New York, New York 10007

Re:     Rakeman et. al. v. MLD Mortgage. et al., 16 cv 0453(JFB)(GRB)

Dear Honorable Judge Brown:

Please allow this letter to serve as a formal request to adjourn the upcoming conference scheduled for December 8, 2016 at 2:00pm before his Honor.

I do not want to inconvenience the court however I am scheduled for surgery on November 30, 2016 and colon surgery on December 15, 2016. I have obtained consent from the adversary to adjourn this matter.

Therefore, I respectfully request if the Court may adjourn this matter into January 2017.

Respectfully submitted,

LAW OFFICE OF THOMAS D. GEARON

By: /s/ *Thomas D. Gearon*

Counsel for Defendants