# LAW OFFICES OF THOMAS D. GEARON, P.C.

136-20 38th Avenue St 9i
Flushing, New York 11354
718-395-8103

---

**BY ECF ONLY**

January 17, 2017

Hon. Judge Gary R. Brown , U.S.D.J.
United States District Court, E.D.N.Y
40 Foley Square, Room 2203
New York, New York 10007


Re:   Rakeman et. al. v. MLD Mortgage. et al., 16 cv 0453(JFB)(GRB)

Dear Honorable Judge Brown:

I respectfully write the Court to request an adjournment of the settlement conference scheduled January 19, 2017. The adjournment is the second request, as the Court maybe aware that I had a major surgery and was hospitalized for 21 days.  I am writing at such a late juncture because I mistakenly thought my recovery would have allowed me to attend the conference. Surgery was exactly one month ago, and I don't believe I would be in a condition to effectively represent my client.  I have contacted my adversary and he was kind enough to consent to this request Court permitting.


Respectfully submitted,

/s/ *Thomas D. Gearon*

Thomas D. Gearon