**NEIL H. GREENBERG & ASSOCIATES, P.C.**
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.

HEATHER BABIONE, ESQ.

KEITH E. WILLIAMS, ESQ.

CATALINA ROMAN

ROSA COSCIA

PARALEGAL

March 13, 2017

VIA: ECF Filing

Honorable Gary R. Brown
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

RE:  *Rakeman, et al. v. MLD Mortgage Inc., et al.*; 16-CV-00453 (JFB)(GRB)

Honorable Sir:

This office represents the Plaintiffs in the above-referenced matter. Pursuant to Section I(D) of Your Honor's Individual Practice Rules, kindly accept this letter correspondence as Plaintiffs' application for an adjournment of the Settlement Conference currently scheduled to take place March 15, 2017 at 2:00 p.m.

As this Court is aware, on March 9, 2017, Plaintiffs filed a motion to compel Defendants to produce documents responsive to Plaintiffs' First Request for the Production of Documents. To date, Defendants have not produced any responsive documents, including payroll records that are necessary for Plaintiffs to accurately calculate an estimate of their damages in this action and to meaningfully engage in settlement discussions. As such, Plaintiffs are seeking an adjournment of the Settlement Conference. This is Plaintiffs' first request for an adjournment of the Settlement Conference. Defendants' counsel requested an adjournment of the Settlement Conference two times prior to the instant application. Plaintiffs' counsel attempted to contact Defendants' counsel for his consent last week and today. However, our office was unable to reach Defendants' counsel by phone as both numbers we have on file are not accepting incoming calls at this time.

Accordingly, the Plaintiffs respectfully request that the Settlement Conference currently scheduled to take place on March 15, 2017 be adjourned to a date after the Court renders its decision on Plaintiffs' pending motion to compel. We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ H. Babione*
Heather N. Babione

cc:   Thomas Gearon, Esq.