**LAW OFFICE OF THOMAS D. GEARON, P.C.**
**136-20 38th Avenue**
**Suite 9i**
**Flushing NY 11354**
**347-391-3443**

April 17, 2017

Hon. Judge Gary R. Brown , U.S.D.J.
United States District Court, E.D.N.Y
100 Federal Plaza
P.O. Box 9014 Room 840
Central Islip, New York 11722

Re:     Rakeman et. al. v. MLD Mortgage. et al., 16 cv 0453(JFB)(GRB)

Dear Honorable Judge Brown:

I respectfully write the Court to request an adjournment of the upcoming settlement conference scheduled April 19, 2017 at 10:30 AM.

On this date, I will be engaged in Supreme Kings County on the matter of Javier Romero vs. Andrew Hsiao under index no. 509883/2014 in the Jury Coordinating Part for commencement of jury selection.

Furthermore, as you are aware, I previously requested to be relieved as counsel on this matter due to health reasons. We are currently awaiting your Honor's decision on our motion letter.  To advise the court, I will also be undergoing a surgery on May 8, 2017.

Respectfully Submitted,

*Thomas D. Gearon*

Thomas D. Gearon, Esq.