1 | Page

| | |
|---|---|
| KREINER & KREINER LLC | 150 Essex Street, Suite 303 |
| Attorneys at Law | Millburn, New Jersey 07041 |
| Office: (973) 467-5511 | www.kreinerlawfirm.com |
| Facsimile: (973) 467-5522 | seth@kreinerlawfirm.com |

Seth A. Kreiner*  * NJ, NY & FL Bars
Peter A. Kreiner^  ^ NJ & NY Bars

June 12, 2017

Magistrate Judge Gary R. Brown
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722-9014

Re:  Rakeman et al v. MLD Mortgage, Inc., et al
     16-cv-0453
     Letter Application for Adjournment of Conference

Dear Judge Brown:

      We serve as General Counsel to the defendants MLD Mortgage, Inc., and Lawrence Dear and write this letter pursuant to the Court's rules to request an adjournment of the conference scheduled for June 14, 20017 to **June 28, 2017.**

      This adjournment is requested due to the undersigned not being admitted to practice in the Eastern District of New York and the defendants, therefore, needing to obtain new local counsel. Counsel that the defendants had originally sought to retain, unfortunately has a conflict. As such, the necessity for this application is made <u>on consent</u> with plaintiffs' attorney.

      Respectfully submitted,

      KREINER & KREINER LLC

      */S/ Seth A. Kreiner*
      _____
      Seth A. Kreiner, Esq.

C:    Client
      Neil Greenberg, Esq., (Via Email Only)