**NEIL H. GREENBERG & ASSOCIATES, P.C.**
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.

HEATHER N. BABIONE, ESQ.

KEITH E. WILLIAMS, ESQ.

PARALEGALS

CATALINA ROMAN

ROSA COSCIA

February 15, 2018

**VIA: ECF Filing**

Honorable Gary R. Brown
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

RE: *Michael Rakeman, et al. v. MLD Mortgage Inc., et al.*; 16-CV-00453 (JFB)(GRB)

Honorable Sir:

This office represents the twelve Plaintiffs in the above-referenced action. Pursuant to the Court's February 2, 2018 Status Report Order, kindly accept this correspondence as the Parties' joint status report.

Over the last several months, counsel for the parties have had many conversations regarding settlement. We regret to report that the parties are not able to settle Plaintiffs' claims and resolve the case at this time. As such, the parties have determined that a mediation would be unproductive and a waste of resources. Thus, the parties respectfully request that this case no longer be referred to the mediation program.

The parties have been, and will continue, moving forward with discovery. As this Court is aware, there is an Order in effect setting the parties' deadline for completion of all discovery by April 15, 2018. The parties are working towards finishing discovery in advance of their fact discovery deadline in this matter.

We thank the Court for its time and consideration.

Respectfully submitted,

Justin M. Reilly

cc (via ECF Filing):   All Counsel of Record

PHONE: 516.228.5100   FAX: 516.228.5106   INFO@NHGLAW.COM
WWW.NHGLAW.COM   WWW.NEWYORKOVERTIMELAW.COM