**NEIL H. GREENBERG & ASSOCIATES, P.C.**
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.

HEATHER N. BABIONE, ESQ.

KEITH E. WILLIAMS, ESQ.

PARALEGALS

EMILY COLATO REYES

December 18, 2018

**VIA ECF Filing**

Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**RE:** *Michael Rakeman, et al. v. MLD Mortgage Inc., et al.*; **16-CV-00453 (JFB)(GRB)**

Dear District Judge Bianco:

Pursuant to Local Civil Rule 1.4, kindly accept this letter correspondence as the undersigned's application to withdraw as attorney of record for the seven remaining Plaintiffs, Michael Rakeman, Brian Schiele, Luis Delgado, Robert Tollin, William McCutchan, John Nelson Fenrich, and Kevin Blaney (collectively "Plaintiffs"), in the above-referenced action.

Effective December 28, 2018, I will no longer be an associate at the law firm of Neil H. Greenberg & Associates, P.C. Plaintiffs will continue to be represented by attorneys of record from the law firm, Neil H. Greenberg, Esq., Justin M. Reilly, Esq., and Keith E. Williams, Esq.

Accordingly, I respectfully request that the Court grant my application to withdraw as counsel of record for Plaintiffs and instruct the Clerk of the Court to remove me from any applicable service list and to terminate the delivery of all CM/ECF notices to me in the above-referenced action.

Thank you for your time and consideration of the instant request.

Respectfully submitted,

*HBabione*
Heather N. Babione

cc:     All Counsel of Record (VIA ECF Filing)