UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHAEL RAKEMAN, BRIAN SCHIELE, LUIS DELGADO, ROBERT TOLLIN, WILLIAM McCUTCHAN, JOHN NELSON FENRICH and KEVIN BLANEY,

                          Plaintiffs,

--against--

MLD MORTGAGE INC. and LAWRENCE DEAR,

                          Defendants.
------------------------------------------------------------------X

**DECLARATION OF RAYMOND NARDO, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**19-CV-4271 (LGS)**

RAYMOND NARDO, declares under the penalties of perjury, pursuant to 28 U.S.C. §1746, as follows:

1. I am counsel for Defendants in the above action. The purpose of this Declaration is to identify the Exhibits annexed hereto. Attached as Exhibit A is a Declaration of David Zilberman.

2. Attached as Exhibit B are transcripts from the deposition of Plaintiff Rakeman.

3. Attached as Exhibit C are transcripts from the deposition of Plaintiff Tollin.

4. Attached as Exhibit D are transcripts from the deposition of Plaintiff Blaney.

5. Attached as Exhibit E are transcripts from the deposition of David Zilberman.

6. Attached as Exhibit F are the Outside Mortgage Loan Officer ("OMLO") agreements. Defendants could not locate the executed OMLO agreement for Robert Tollin.

7. Attached as Exhibit G are transcripts from the deposition of Plaintiff Delgado.

8. Attached as Exhibit H are transcripts from the deposition of Plaintiff Fenrich.

9. Attached as Exhibit I are transcripts from the deposition of Plaintiff Schiele.

10. Attached as Exhibit J are W-2's issued to Plaintiffs.

11. Attached as Exhibit K are a sample of timesheets that other employees completed for MLD.

12. Attached as Exhibit L are 1099's issued by Double Your Sales Marketing, Inc. (owned by Plaintiff Rakeman) and Brian G. Schiele Inc.

13. Attached as Exhibit M are the Notice of Pay Rate and Acknowledgement Forms issued to Plaintiffs.

**WHEREFORE**, Defendants ask that this Court dismiss the above matter.

Dated: Mineola, NY
December 6, 2019

Raymond Nardo, P.C.

_____
RAYMOND NARDO, ESQ.
129 Third Street
Mineola, NY 11501
(516) 248-2121
raymondnardo@gmail
*Counsel for Defendants*

CERTIFICATE OF SERVICE

I certify that on December 6, 2019, I, Raymond Nardo, served by:

__ mailed, first class            __return receipt requested

_ overnite mailed                 __faxed

<u>XX</u> email                          ___ by ECF

the enclosed:

**DECLARATION OF RAYMOND NARDO, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

TO:

Justin Reilly, Esq.
Neil H. Greenberg & Associates, P.C.
4242 Merrick Road
Massapequa, NY 11758
justin@nhglaw.com

_____
RAYMOND NARDO, ESQ.