UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL RAKEMAN, BRIAN SCHIELE,
LUIS DELGADO, ROBERT TOLLIN, WILLIAM
MCCUTCHAN, JOHN NELSON FENRICH and
KEVIN BLANEY,

                                Plaintiffs,

          -against-

MLD MORTGAGE INC. and LAWRENCE DEAR,

                                Defendants.
----------------------------------------------------------------X

16-CV-00453 (ENV)(ARL)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF WILLIAM McCUTCHAN ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties that this action is dismissed without prejudice AGAINST PLAINTIFF WILLIAM McCUTCHAN ONLY and without any costs, fees, or disbursements assessed against any party. It is further stipulated and agreed that scanned and e-mailed signatures for the purpose of this Stipulation only shall constitute originals.

Dated: Massapequa, New York
        August 26, 2020

_____
Justin M. Reilly, Esq.
Neil H. Greenberg & Associates, P.C.
*Attorneys for the Plaintiffs*
4242 Merrick Road
Massapequa, New York 11758
Tel: 516.228.5100
Fax: 516.228.5106

_____
Raymond Nardo, Esq.
Law Offices of Raymond Nardo
*Attorneys for the Defendants*
129 Third Street
Mineola, New York 11501
Tel: 516.248.2121
Fax: 516.742.7675

SO ORDERED: _____
                   U.S.D.J.

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: __8/27/2020__

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge